UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**rILED**

JAN 23 2013

Clerk, U.S. District and
Bankruptcy Courts

FRANCINE MOSS, )
)
Plaintiff, )
)
v. ) Civil Action No. 13-96
)
WMATA, )
)
Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on consideration of the plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff brings this action against the Washington Metropolitan Area Transit Authority ("WMATA") and alleges retaliation for having reported misconduct by other employees. Attached to her complaint are documents related to the filing on December 21, 2012, of an employment discrimination action against WMATA in the Superior Court of the District of Columbia.

Review of the Superior Court docket demonstrates that the case is pending. Under these circumstances, federal adjudication of plaintiff's claims is not appropriate because "(1) there are ongoing state proceedings that are judicial in nature; (2) the state proceedings implicate important state interests; and (3) the proceedings afford an adequate opportunity to raise the federal claims." *Delaney v. District of Columbia,* 659 F. Supp. 2d 185, 194 (D.D.C. 2009) (citing *Bridges v. Kelly,* 84 F.3d 470, 476 (D.C. Cir. 1996)). In addition, "based on principals of equity, the doctrine of *Younger v. Harris,* 401 U.S. 37 (1971), and its progeny restrains federal courts from interfering in ongoing state judicial proceedings." *District Properties Associates v.*

*District of Columbia* 743 F.3d 21, 27 (D.C. Cir. 1984); *see also Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *aff'd*, 1994 WL 474995 (D.C. Cir. 1994), *cert. denied*, 513 U.S. 1150 (1995) (holding that district court lacks authority to review Superior Court judge's ruling). In order to avoid duplicative legal proceedings and waste of judicial resources, *see JMM Corp. v. District of Columbia*, 378 F.3d 1117, 1122 (D.C. Cir. 2004), the Court will dismiss this action. An Order is issued separately.

DATE: 17 January 2013

United States District Judge